DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JULIE A. SU,[1] Acting Secretary of Labor, United States Department of Labor, *Plaintiff*, v. WORLD FRESH MARKET, LLC d/b/a Pueblo, AHMAD ALKHATIB, and STEVEN BOCKINO as individuals, *Defendants.* | Civil Action No. 3:20-cv-38 |
| WORLD FRESH MARKET, LLC d/b/a Pueblo, AHMAD ALKHATIB, and STEVEN BOCKINO as individuals, *Counter Claim Plaintiffs*, v. UNITED STATES OF AMERICA, *Counter Defendant.* | |

## MOTION TO APPROVE CONSENT JUDGMENT

**PLEASE TAKE NOTICE** that the Plaintiff, JULIE A. SU, Acting Secretary of Labor, United States Department of Labor hereby moves for approval of the attached Consent Judgment, agreed to and executed by the parties.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Labor Julie A. Su is automatically substituted as Plaintiff.

Certificate of Service

I hereby certify that on March 20, 2023, I filed the foregoing via the Court's CM/ECF system, which will effectuate service on all counsel of record.

s/ David J. Rutenberg
David J. Rutenberg
Senior Trial Attorney
United States Department of Labor